Order entered October 31, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01175-CV

**SHAUN BURGESS, Appellant**

V.

**CASTLE KEEPERS, INC., Appellee**

On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-01984-2012

## ORDER

The Court has before it appellant's October 15, 2012 motion to extend time to file notice of appeal. Because the notice of appeal in this case was timely filed, the Court **DENIES** the motion as moot. To the extent the motion seeks an extension of time for filing appellant's affidavit of indigence, the Court **GRANTS** the motion and **ORDERS** the affidavit of indigence tendered on October 15, 2012 timely filed as of today's date.

MOLLY FRANCIS
JUSTICE